UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERRANCE JOE QUINLAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SEATTLE; and<br>UNKNOWN SEATTLE POLICE<br>DEPARTMENT OFFICERS,<br><br>　　　　　Defendants. | C22-0445 TSZ<br><br>ORDER |

THIS MATTER comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge, docket no. 8, to which plaintiff filed objections on September 14, 2022, see docket no. 11, and in response to which plaintiff has filed a proposed amended complaint, docket no. 14. As previously indicated, the Court does not agree with the R&R that the only party sued by plaintiff is the City of Seattle, see Order (docket no. 10), and plaintiff's proposed amended complaint contains a potentially cognizable claim against unknown Seattle Police Department officers pursuant to 42 U.S.C. § 1983 and the Fourteenth Amendment of the United States Constitution. The Court therefore ORDERS as follows:

ORDER - 1

(1) The Court DECLINES to adopt the R&R and REFERS this matter back to Magistrate Judge Fricke, pursuant to Federal Rule of Civil Procedure 72, for further consideration of the application to proceed *in forma pauperis* and, pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4, for further proceedings; and

(2) The Clerk is DIRECTED to send a copy of this Order to all counsel of record, to plaintiff pro se, and to Magistrate Judge Fricke.

IT IS SO ORDERED.

Dated this 19th day of October, 2022.

Thomas S. Zilly
United States District Judge

ORDER - 2